51 F.3d 1047
 In Matter of Complaint of Port Arthur Towing Co. o/b/o M/V
MISS CAROLYN for Exoneration from or Limitation of
Liability, Port Arthur Towing Co.
v.
John W. Towing, Inc., Harris Jarreau, Joshua Verdin; In
Matter of John W. Towing, Inc., Owner and Operator of M/V
JOHN W., Praying for Exoneration from or Limitation of
Liability, John W. Towing, Inc. v. Gerald Prejeant, Harris
Jarreau, Joshua Verdin
 NO. 94-40102
 United States Court of Appeals,
Fifth Circuit.
 Mar 20, 1995
 W.D.La., 42
 F.3d 312
 
 1
 DENIALS OF REHEARING EN BANC.